**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LUCIE BILODEAU,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-05517

Judge Rebecca R. Pallmeyer

Magistrate Judge Maria Valdez

## DECLARATION OF KEITH A. VOGT

I, Keith A. Vogt, declare as follows:

1.    I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.    Since and pursuant to entry of the TRO, Plaintiff has contacted Amazon and SHEIN to restrain accounts associated with the Defendant Internet Stores.

3.    Exhibit 1 attached hereto is a true and correct copy of unpublished decisions cited in Plaintiff's Memorandum.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2026.

                        */s/Keith A. Vogt*
                        Keith A. Vogt