**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lucie Bilodeau

                                                            Plaintiff,

v.                                                          Case No.: 1:26−cv−05517

                                                            Honorable Rebecca R.
                                                            Pallmeyer

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                            Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 29, 2026:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion for entry of a preliminary injunction [22] is granted. Order to enter. The Clerk of the Court is directed to unseal Plaintiff's Exhibit 2 to the Declaration of Lucie Bilodeau [16], and the TRO [18]. The Law Firms of JiangIP, LLC and Keith A. Vogt PLLC are ordered to add all defendant names listed in Schedule A to the docket within three business days. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.