**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lucie Bilodeau

                                            Plaintiff,

v.                                                          Case No.:
                                                            1:26−cv−05517

                                                            Honorable Rebecca R.
                                                            Pallmeyer

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 22, 2026:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Before entering the proposed default judgment, the court directs Plaintiff to file a brief memorandum of law confirming that service on the defaulted Defendants complies with the standards confirmed in Kangol LLC v Hangzhou Chuanyue Silk Import & Export Co., Ltd., No. 25−2205, ___F.4th ___, 2026 WL 1502198 (7th Cir. May 29, 2026), or that entry of the default judgment is appropriate despite non−compliance. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.